STATE OF CONNECTICUT *v.* IAN WRIGHT

The defendant's petition for certification for appeal
from the Appellate Court, 107 Conn. App. 152 (AC
28633), is denied.

SCHALLER, J., did not participate in the consider-
ation of or decision on this petition.

*Ian Wright,* pro se, in support of the petition.

*C. Robert Satti, Jr.*, senior assistant state's attorney, in opposition.

Decided October 3, 2008